IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:00CR357 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| LUIS RIVAS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

The court previously appointed counsel for the defendant in this matter and with good cause shown:

**IT IS ORDERED:**

Glenn A. Shapiro is reappointed to represent the above named defendant in this matter and shall forthwith file a written appearance in this matter.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Shapiro.

DATED this 15th day of February, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge