IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> LUIS RIVAS, ) <br> ) <br>         Defendant. ) <br> ) | 8:00CR357 <br><br> ORDER |

Before the court is defendant's Motion to Dismiss (Filing No. 117) the interlocutory appeal filed on February 12, 2007 (Filing No. 98). After considering the matter, the court grants the motion.

SO ORDERED:

DATED this 13th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge